# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: )  No. B-11-80733 C-13D
Kozie Holland-Small Vaughan )
 )
 )
      Debtor(s) )

## ORDER DENYING CONFIRMATION OF PLAN

      On August 9, 2011, a hearing was held on Objection by the Standing Trustee to confirmation of the Debtor's proposed plan.  At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor; Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee; and, no other party appeared. The Court, after considering the Objection and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Objection should be sustained; therefore, it is ORDERED:

      1.  The Objection by the Trustee to confirmation of the Debtor's proposed plan is sustained and the proposed plan is not confirmed.

      2.  The Debtor shall have 30 days from August 9, 2011, within which to amend her proposed plan, or file a new proposed plan, and in the event an amended or new proposed plan is not timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
**Page 1 of 1**
**11-80733 C-13D**

Kozie Holland-Small Vaughan
PO Box 1147
Durham, NC 27702

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702